IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Brooke Haas,<br><br>Plaintiff,<br><br>    vs.<br><br>Experian Information Solutions, Inc.,<br>an Ohio corporation, and<br>TCM Bank, N.A.,<br>a national banking association.<br><br>    Defendants. | Case No.:<br><br><br>**COMPLAINT AND<br>JURY DEMAND** |

COMES NOW Plaintiff, Brook Haas, through counsel David A. Morse and as cause for relief, states:

## **JURISDICTION**

1. Jurisdiction of this court arises under 15 U.S.C. §1681p.

2. This is an action brought by a consumer for violation of the Fair Credit Reporting Act (15 U.S.C. §1681 et. seq [hereinafter "FCRA"]).

## **VENUE**

3. The transactions and occurrences which give rise to this action occurred in the City of Des Moines, Polk County, Iowa.

4. Venue is proper in the Southern District of Iowa, Des Moines Division.

## **PARTIES**

5. The Defendants to this lawsuit are:

a. Experian Information Solutions, Inc. ("Experian"), is an Ohio company that maintains a registered agent in Polk County, Iowa; and

b. TCM Bank, N.A. ("TCM"), is a national banking association, which upon information and belief, maintains its offices Tampa, Florida.

## GENERAL ALLEGATIONS

6. TCM Bank NA is reporting its trade line with account number 408037664000XXXX ("Errant Trade Line") on Plaintiff's Experian credit file. The trade line should no longer be on Mr. Hass' credit report as the date of his first delinquency occurred more than 7 years ago.

7. The first time that Plaintiff became delinquent on the Errant Trade Line was in 2006.

8. In January 2016, Mr. Haas discovered the Errant Trade Line on his credit report when applying for a home loan.

9. On July 7, 2016, Plaintiff submitted a letter to Experian disputing the Errant Trade Line.

10. Upon information and belief, Experian forwarded Mr. Hass' consumer dispute to TCM.

11. On or about August 11, 2016, Plaintiff obtained his Experian credit file and noticed that TCM continued to report the Errant Trade Line.

12. On or about August 26, 2016, Mr. Haas submitted another letter to Experian disputing the Errant Trade Line. He asked Experian to remove the Errant Trade Line from his credit file.

13. Upon information and belief, Experian forwarded Mr. Haas' subsequent consumer dispute to TCM.

14. On or about September 12, 2016, Mr. Haas received Experian's investigation results which stated that the Errant Trade Line "Remains."

## COUNT I

### NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TCM

15. Plaintiff realleges the above paragraphs as if recited verbatim.

16. After being informed by Experian of Mr. Haas' consumer dispute of the first date of delinquency of the Errant Trade Line, TCM negligently failed to conduct a proper investigation of Mr. Haas' dispute as required by 15 USC 1681s-2(b).

17. TCM negligently failed to review all relevant information available to it and provided by Experian in conducting its reinvestigation as required by 15 USC 1681s-2(b).  Specifically, it failed to direct Experian to remove the Errant Trade Line.

18. The Errant Trade Line is inaccurate and creating a misleading impression on Mr. Haas' consumer credit file with Experian to which it is reporting such trade line.

19. As a direct and proximate cause of TCM's negligent failure to perform its duties under the FCRA, Mr. Haas has suffered damages, mental anguish, suffering, humiliation and embarrassment.

20. TCM is liable to Mr. Haas by reason of its violations of the FCRA in an amount to be determined by the trier fact together with reasonable attorneys' fees pursuant to 15 USC 1681o.

21. Mr. Haas has a private right of action to assert claims against TCM arising under 15 USC 1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against the Defendant TCM for damages, costs, interest and attorneys' fees.

## COUNT II

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TCM

22. Plaintiff realleges the above paragraphs as if recited verbatim.

23. After being informed by Experian that Mr. Haas disputed the accuracy of the information it was providing, TCM willfully failed to conduct a proper reinvestigation of Mr. Haas' dispute.

24. TCM willfully failed to review all relevant information available to it and provided by Experian as required by 15 USC 1681s-2(b).

25. As a direct and proximate cause of TCM's willful failure to perform its duties under the FCRA, Mr. Haas has suffered damages, mental anguish, suffering, humiliation and embarrassment.

26. TCM is liable to Mr. Haas for either statutory damages or actual damages he has sustained by reason of its violations of the FCRA in an amount to be determined by the trier fact, together

with an award of punitive damages in the amount to be determined by the trier of fact, as well as for reasonable attorneys' fees and he may recover therefore pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against the Defendant TCM for the greater of statutory or actual damages, plus punitive damages, along with costs, interest and attorneys' fees.

### COUNT III

### NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY EXPERIAN

27. Plaintiff realleges the above paragraphs as if recited verbatim.

28. Defendant Experian prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Mr. Haas as that term is defined in 15 USC 1681a.

29. Such reports contained information about Mr. Haas that was false, misleading, and inaccurate.

30. Experian negligently failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Mr. Haas, in violation of 15 USC 1681e(b).

31. After receiving Mr. Haas' consumer dispute to the Errant Trade Line, Experian negligently failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

32. As a direct and proximate cause of Experian's negligent failure to perform its duties under the FCRA, Mr. Haas has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

33. Experian is liable to Mr. Haas by reason of its violation of the FCRA in an amount to be determined by the trier fact together with his reasonable attorneys' fees pursuant to 15 USC 1681o.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against Experian for actual damages, costs, interest, and attorneys' fees.

## COUNT IV

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY EXPERIAN

34. Plaintiff realleges the above paragraphs as if recited verbatim.

35. Defendant Experian prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Mr. Haas as that term is defined in 15 USC 1681a.

36. Such reports contained information about Mr. Haas that was false, misleading, and inaccurate.

37. Experian willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to one or more third parties pertaining to Mr. Haas, in violation of 15 USC 1681e(b).

38. After receiving Mr. Haas' consumer dispute to the Errant Trade Line, Experian willfully failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

39. As a direct and proximate cause of Experian's willful failure to perform its duties under the FCRA, Mr. Haas has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

40. Experian is liable to Mr. Haas by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with his reasonable attorneys' fees pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against Experian for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

## **JURY DEMAND**

Plaintiff hereby demands a trial by Jury.

*/s/ David A. Morse*

**DAVID A. MORSE**
**LAW OFFICES OF DAVID A. MORSE**
1010 Insurance Exchange Building
505 Fifth Avenue
Des Moines, Iowa  50309
Ph: (515) 243-7600
Fx: (515) 243-0583
Email: dave@davemorselaw.com
Attorneys for Plaintiff, Brook Haas