IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BROOK HAAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and TCM BANK, N.A.<br><br>　　　　Defendant. | No.  4:17-CV-41 JAJ-HCA<br><br><br>**F.R.C.P. 42(a)(1)(A)(ii) Stipulation**<br>**RE: Dismissal with Prejudice** |

COME NOW Plaintiff, Brook Haas and Defendant TCM BANK, N.A., by and through their respective counsel of record and stipulate to the dismissal of this matter with prejudice as to all claims against TCM Bank, N.A. only pursuant to F.R.C.P. 42(a)(1)(A)(ii) with each party bearing their own court costs and attorney fees.

Dated this 10th day of July 2017

　　　　　　　　　　　　　　　　　　　__/s/David A. Morse_____
　　　　　　　　　　　　　　　　　　　**DAVID A. MORSE**
　　　　　　　　　　　　　　　　　　　**LAW OFFICES OF DAVID A. MORSE**
　　　　　　　　　　　　　　　　　　　1010 Insurance Exchange Building
　　　　　　　　　　　　　　　　　　　505 Fifth Avenue
　　　　　　　　　　　　　　　　　　　Des Moines, Iowa  50309
　　　　　　　　　　　　　　　　　　　Ph: (515) 243-7600
　　　　　　　　　　　　　　　　　　　Fx: (515) 243-0583
　　　　　　　　　　　　　　　　　　　Email: dave@davemorselaw.com
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF
　　　　　　　　　　　　　　　　　　　BROOK HAAS

      /s/ Amy L. Drushal
**Amy L. Drushal**
TRENAM LAW
101 EAST KENNEDY BOULEVARD
SUITE 2700
TAMPA, FL 33602
813-227-7463
Fax: 813-229-6553
Email: adrushal@trenam.com
ATTORNEY FOR DEFENDANT
TCM BANK, N.A.

### Certificate of Service

The undersigned certifies that the above and foregoing instrument/document was served upon all parties to the above cause as follows:

a. Notice of the filing of this instrument was sent electronically by the undersigned to the bankruptcy court's CM/ECF system which provides service on all parties on the court's service list who have registered to receive service by e-mail over the court's CM/ECF filing system; or

b. ~~Notice of the filing of this instrument was served to the following parties by depositing the same in the United States Mail, postage pre-paid, to their respective mailing address(es) as disclosed in the pleadings or, in the event the party is represented by counsel, to their counsel via US Mail, postage pre-paid.~~

Those served via CM/ECF:

Those served via US Mail:

Dated: 10 July 2017

      /s/ David A. Morse
David A. Morse