IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BROOK HAAS,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and TCM BANK, N.A.<br><br>        Defendant. | No. 4:17-CV-41 JAJ-HCA<br><br>F.R.C.P. 42(a)(1)(A)(ii) Stipulation<br>RE: Dismissal with Prejudice |

COME NOW Plaintiff, Brook Haas and Defendant Experian Information Solutions, Inc. by and through their respective counsel of record and stipulate to the dismissal of this matter with prejudice as to all claims against Experian Information Solutions, Inc. pursuant to F.R.C.P. 42(a)(1)(A)(ii) with each party bearing their own court costs and attorney fees.

Dated this 28th day of February, 2018.

*[signature]*

**DAVID A. MORSE**
**LAW OFFICES OF DAVID A. MORSE**
1010 Insurance Exchange Building
505 Fifth Avenue
Des Moines, Iowa 50309
Ph: (515) 243-7600
Fx: (515) 243-0583
Email: dave@davemorselaw.com
ATTORNEY FOR PLAINTIFF
BROOK HAAS

Robert B. McMonagle
LANE & WATERMAN, LLP
220 N. Main Street, Ste 600
Davenport, Iowa 52801-1987
(563) 324-3246
(563) 324-1616 (*Facsimile*)
ATTORNEY FOR DEFENDANT
EXPERIAN INFORMATION
SOLUTIONS, INC.

## Certificate of Service

The undersigned certifies that the above and foregoing instrument/document was served upon all parties to the above cause as follows:

a. Notice of the filing of this instrument was sent electronically by the undersigned to the bankruptcy court's CM/ECF system which provides service on all parties on the court's service list who have registered to receive service by e-mail over the court's CM/ECF filing system; or

b. ~~Notice of the filing of this instrument was served to the following parties by depositing the same in the United States Mail, postage pre-paid, to their respective mailing address(es) as disclosed in the pleadings or, in the event the party is represented by counsel, to their counsel via US Mail, postage pre-paid.~~

Those served via CM/ECF:

Those served via US Mail:

Dated: __March 1st__ 2018

David A. Morse